# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eli Hunter,Arturo Espino,Arsenio Epps,TravisL.Crane )<br>*Plaintiff* )<br>v. )<br>Newberry County Jail )<br>*Defendant* ) | Civil Action No. 09-2909,09-2913,09-2914,09-2758 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Accordingly, these four cases are dismissed without prejudice. The Clerk of Court shall close the files.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  R. Bryan Harwell  on ~~a motion for~~

Date: 11/23/2009

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*